NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1383
(Serial No. 08/998,507)

IN RE ALBERT BAUER,

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

Upon consideration of Albert Bauer's unopposed motion for an extension of time, until October 26, 2009, to file his brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

OCT 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    William J. Sapone, Esq.
       Raymond T. Chen, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 14 2009

JAN HORBALY
CLERK